IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF 14391 CANYON ROAD, ANCHORAGE, AK 99516 | ) No. 3:19-mj-00587-MMS ) ) ) ) ) |

**ORDER TO UNSEAL SEARCH WARRANT, APPLICATION, AFFIDAVIT FOR SEARCH WARRANT, AND RETURN**

Having duly considered the United States' Motion to Unseal the above-captioned Search Warrant, Application, Affidavit, and Return for the Search Warrant, the Motion is hereby GRANTED.

IT IS SO ORDERED

DATED: December 13, 2019

MATTHEW M. SCOBLE
U.S. MAGISTRATE JUDGE